IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TRAXXAS LP, § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No.  2:14-cv-00081 |
| v. § | |
| § | |
| HOBBY SHACK d/b/a § | |
| GLOBAL HOBBY DISTRIBUTORS, § | |
| § | |
| Defendant. § | |

## STIPULATED PERMANENT INJUNCTION ORDER

Upon consideration of the Parties Motion for Entry of Stipulated Permanent Injunction Order ("Motion"), the Court GRANTS the Motion.

IT IS THEREFORE ORDERED that Defendants Hobby Shack d/b/a Global Hobby Distributors ("Global Hobby"), their representatives, agents, servants, employees, and anyone for whom Global Hobby may be legally responsible, is permanently enjoined from performing the following actions with respect to its DHK 8135 Hunter SCT and DHK 811-A Hunter BL SCT products, in the form that existed on or before the filing of the Complaint on February 13, 2014, and any other products containing the same waterproof enclosures in the form that existed on or before the filing of the Complaint on February 13, 2014, (collectively "Infringing Products") during the term of U.S. Patent No. 8,315,040:

1. selling, offering to sell, and/or importing in or into the United States Infringing Products;

2. using any Infringing Product;

3. instructing or encouraging anyone to use any Infringing Product;

4. providing support or assistance to anyone that describes how to use any Infringing Product; and

5. testing, demonstrating or marketing any Infringing Product.

This injunction is effective from the date the Order is entered.

SO ORDERED.

**Signed this date.**

**May 18, 2015**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE