IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| TRAXXAS LP, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 2:14-cv-00081 |
| v. | § | |
| | § | |
| HOBBY SHACK d/b/a | § | |
| GLOBAL HOBBY DISTRIBUTORS, | § | |
| | § | |
| Defendant. | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

In consideration of the parties' Joint Motion for Dismissal of all claims with prejudice and all counterclaims as moot asserted between Plaintiff Traxxas LP ("Traxxas") and Defendant Hobby Shack d/b/a Global Hobby Distributors ("Hobby Shack"), the Joint Motion for Dismissal is GRANTED, and it is ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between plaintiff and defendant are hereby dismissed with prejudice and all counterclaims are dismissed as moot.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them and the court retains jurisdiction for purposes of enforcing the Settlement Agreement dated May 14, 2015.

SO ORDERED.

**Signed this date.**

**May 18, 2015**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE